

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.             CRIMINAL NO. 2:24-cr-00131
               21 U.S.C. § 843(b)
               18 U.S.C. § 2

DAWN MARIE BENNETT

### I N F O R M A T I O N

The United States Attorney Charges:

On or about January 24, 2023, at or near Parkersburg, Wood County, West Virginia, within the Southern District of West Virginia and elsewhere, defendant DAWN MARIE BENNETT, aided and abetted by A.M., a person known to the United States Attorney, knowingly and intentionally used a communication facility, that is, the United States Mail, to commit, cause, and facilitate the commission of an act or acts constituting a felony under 21 U.S.C. § 846, that is, conspiracy to distribute a quantity of oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 843(b) and Title 18, United States Code, Section 2.

WILLIAM S. THOMPSON
United States Attorney

By: _____
JEREMY B. WOLFE
Assistant United States Attorney